THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS WEINER, Appellant, v. THE WARDEN OF THE CITY PRISON OF THE COUNTY OF KINGS, Respondent.

(Submitted February 27, 1933; decided March 7, 1933.)

*William F. X. Geoghan,* District Attorney (*Ralph K. Jacobs* of counsel), for motion.

*K. Henry Rosenberg* opposed.

Motion granted and appeal dismissed.

JOHN O. NELSON, Appellant, v. CIVIL SERVICE COMMISSIONER et al., Respondents.

(Submitted February 27, 1933; decided March 7, 1933.)

Motion for a reargument denied, with ten dollars costs and necessary printing disbursements. (See 261 N. Y. 540.)

MELISSA E. AUSTIN, as Administratrix of the Estate of CHARLES AUSTIN, Deceased, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

(Submitted February 27, 1933; decided March 7, 1933.)

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 260 N. Y. 616.)